IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| SAMUELS JEWELERS, INC., | ) ) ) Bankr. Case No. 03-12399 (MFW) |
| Debtor. | ) ) ) |
| Samuels Jewelers, Inc., | ) ) ) Civil Case No. 04-619 (GMS) |
| Plaintiff, | ) ) |
| v. | ) ) |
| Michelle Shoop-Doddy, | ) ) |
| Defendant. | ) |

**NOTICE OF COMPLETION OF BRIEFING**

In accordance with this Court's procedures, Plaintiff, Samuels Jewelers, Inc. ("Plaintiff"), by its attorneys, hereby notifies the Court that briefing on Plaintiff's Motion to (1) Withdraw the Reference; (2) Disallow Priority Claim Status, and (3) Disallow Claim Filed by Michelle Shoop-Doddy (Claim No. 162) (the "Motion") [Docket No. 1], with respect to disallowing the claim and its status, is complete.

On June 28, 2004, Plaintiff filed it's Motion. On October 15, 2004, the Court entered an Order Withdrawing the Reference as to Objection to Claim of Michelle Shoop-Doddy (Claim No. 162) [Docket No. 5]. To date, Plaintiff has received no response from the Defendant on the Motion. A status conference with respect to closing the related bankruptcy case will be held on December 14, 2005 at 11:30 a.m. before The Honorable Mary F. Walrath. The Debtor would like to resolve the Motion before it closes the bankruptcy case.

Pursuant to District Court Local Rule 7.1.2, the briefing related to the Motion has been completed. Plaintiff respectfully requests the Court consider the Motion and disallow the claim of Michelle Shoop-Doddy. Plaintiff is available for oral argument if the Court so desires.

Dated: November 22, 2005

GREENBERG TRAURIG, LLP

William E. Chipman, Jr. (DE No. 3818)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

and

Michael L. Tuchin (CA Bar No. 150375)
Martin R. Barash (CA Bar No. 162314)
Klee, Tuchin, Bogdanoff & Stern LLP
2121 Avenue of the Stars, 33rd Floor
Los Angeles, CA 90067-5061
(310) 407-4000

Counsel to the Plaintiff

## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Plaintiff and that on the 22nd of November 2005, I caused to be served (2) copies of the *Notice of Completion of Briefing* upon the parties listed below as indicated.

Robert A. Hanna, Esq.
The Henger Law Firm
14350 Civic Drive #270
Victorville CA 92392
(counsel to Michelle Shoop-Doddy)

_____
William E. Chipman, Jr. (No. 3818)