IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bankr. Case No. 03-12399 (MFW) |
| **SAMUELS JEWELERS, INC.** | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| **SAMUELS JEWELERS, INC.,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHELLE SHOOP-DODDY** | ) | Civil Case No. 04-0619 - GMS |
| | ) | |
| Respondent | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Victoria W. Counihan, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for the Reorganized Debtor, and on the 5th day of April 2006, I caused copies of the Stipulation and Order Resolving and Withdrawing the Proof of Claim Filed by Michelle Shoop-Doddy [Docket No. 8] to be served upon the following:

<u>Via First Class, United States Mail</u>
Robert A. Hanna
Shields & Hanna
14350 Civic Drive
Suite 150
Victorville, CA 92392

Dated: 4/6, 2006

Victoria W. Counihan (No. 3488)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801